IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WILLIAM C. HYLTON EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 112-041 |
| ) | |
| EFFICIENT PAINTING CONTRACTORS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to Loc. R. 4.2(2) and 41.1(c), this case is **DISMISSED** without prejudice because Plaintiff failed to pay the $350.00 filing fee or otherwise respond to the Court's Orders. This case is **CLOSED**.

SO ORDERED this 11th day of July, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA